```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 40835
   CORNELL WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-7199


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 11/03/2004 and was confirmed 01/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  91.33% from remaining funds.

    The case was paid in full 12/22/2008.
-----------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
-----------------------------------------------------------------------------
ARCADIA FINANCIAL            SECURED             5525.00         395.56        5525.00
ARCADIA FINANCIAL            UNSECURED           6590.40            .00        6018.75
WELLS FARGO BANK NA          CURRENT MORTG          .00            .00             .00
WELLS FARGO BANK NA          MORTGAGE ARRE       4098.21            .00        4098.21
AMERICREDIT FINANCIAL SE     UNSECURED        NOT FILED            .00             .00
CB USA                       UNSECURED        NOT FILED            .00             .00
CB USA                       NOTICE ONLY      NOT FILED            .00             .00
CB USA                       UNSECURED            160.23           .00          146.33
CB USA                       NOTICE ONLY      NOT FILED            .00             .00
CBCS                         UNSECURED        NOT FILED            .00             .00
CBCS                         NOTICE ONLY      NOT FILED            .00             .00
COMMONWEALTH EDISON          NOTICE ONLY      NOT FILED            .00             .00
ENCORE RECEIVABLE MANAGE     UNSECURED        NOT FILED            .00             .00
ENCORE RECEIVABLE            NOTICE ONLY      NOT FILED            .00             .00
MEDICAL PAYMENT DATA         UNSECURED        NOT FILED            .00             .00
OMNI CREDIT SERVICES         UNSECURED            307.27           .00          280.62
PEOPLES GAS LIGHT & COKE     UNSECURED              .00            .00             .00
PEOPLES ENERGY               NOTICE ONLY      NOT FILED            .00             .00
MUNICIPAL COLLECTION SER     UNSECURED        NOT FILED            .00             .00
VILLAGE OF LANSING           NOTICE ONLY      NOT FILED            .00             .00
AMERICREDIT FINANCIAL SV     UNSECURED           6935.09           .00         6333.54
CITY OF CHICAGO PARKING      UNSECURED           3110.00           .00         2840.24
VILLAGE OF LANSING           UNSECURED            250.00           .00          228.32
WELLS FARGO BANK             NOTICE ONLY      NOT FILED            .00             .00
ERNESTO D BORGES JR          DEBTOR ATTY       2,700.00                       2,700.00
TOM VAUGHN                   TRUSTEE                                          1,817.43
DEBTOR REFUND                REFUND                                             344.70

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40835 CORNELL WILLIAMS
```

```
TRUSTEE                                  30,728.70

PRIORITY                                                              .00
SECURED                                                          9,623.21
    INTEREST                                                       395.56
UNSECURED                                                       15,847.80
ADMINISTRATIVE                                                   2,700.00
TRUSTEE COMPENSATION                                             1,817.43
DEBTOR REFUND                                                      344.70
                                       ---------------   ---------------
TOTALS                                      30,728.70         30,728.70
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE



                            PAGE   2
            CASE NO. 04 B 40835 CORNELL WILLIAMS